IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER NAMES: | ) ) ) ) |
| Facebook.com/Addison.lewis.54 (1644243063) | ) ) ) |
| Facebook.com/brandi.poulton (510325649) | ) ) ) ) |
| Facebook.com/ (100009236199763) | ) ) ) |
| THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | ) ) |

Case No. 19-M-6012-01-KGG

## MOTION TO UNSEAL

Comes now the United States, by and through Mona L. Furst, Assistant United States Attorney for the District of Kansas, and moves the Court for an order that the Application, Affidavit and Search Warrant filed by the United States Attorney's Office on January 24, 2019 in the above captioned case, be unsealed.

In support of this motion, the United States declares that disclosure of the Application, Affidavit and Search Warrant is necessary as part of discovery in an indicted criminal case.

WHEREFORE, the United States requests that the Application, Affidavit and Search Warrant filed by the United States Attorney's Office on January 24, 2019 in the above captioned case, be unsealed.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney

 S/Mona L. Furst
MONA L. FURST, #13162
Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Telephone: (316) 269-6481
Fax: (316) 269-6484
E-mail:  mona.furst@usdoj.gov