IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER NAMES:<br><br>Facebook.com/Addison.lewis.54 (1644243063)<br><br>Facebook.com/brandi.poulton (510325649)<br><br>Facebook.com/ (100009236199763)<br><br>THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | Case No. 19-M-6012-01-KGG |

## ORDER TO UNSEAL

On motion of counsel for the Government, good cause appearing therefore,

IT IS ORDERED that the Application, Affidavit and Search Warrant filed by the United States Attorney's Office on January 24, 2019 in the above captioned case, be unsealed.

_____
HONORABLE KENNETH G. GALE
UNITED STATES MAGISTRATE JUDGE